# Court of Appeals of the State of Georgia

ATLANTA, November 18, 2020

*The Court of Appeals hereby passes the following order*

**A21I0085. WAL-MART STORES, INC. et al. v. CHRISTINE MCDANIEL.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

20A79749



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, November 18, 2020.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*